PRICE v. PRICE, appellant.

*Defense — in action to annul marriage — allegations in answer — materiality of*

In an action to annul a marriage between plaintiff and defendant, upon the ground that plaintiff had been previously married, and his wife was living

at the time of his marriage with defendant, but had not been heard from by him, for more than five years; *held,* that it was no defense that defendant was induced to marry plaintiff by his representations that he had the legal right to contract marriage.

It is a proper matter of defense that the former wife was not living at the time of the bringing of the action.

An allegation in the answer that defendant "has not knowledge or information sufficient to form a belief whether S. (the first wife) was living at the commencement of this action," *held,* a material allegation to join issue upon plaintiff's statement that " she is still living."

In the complaint, it was alleged that defendant had knowledge and information of the fact that plaintiff's former wife was living. *Held,* that a denial in the answer of this allegation, though not a perfect defense, was material, and might be necessary, upon the question of costs and alimony.

*John L. Hill,* for appellant.

*Stephen Brown,* for respondent.

P. POTTER, J.

APPEAL from an order of special term, striking out part of the answer. The material points passed upon in the opinion are stated in the head note, and it is not believed necessary to publish the opinion in full.

*Order modified.*